IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA CECIL and ROGER CECIL,

    Plaintiffs,

v.                                              1:15-cv-1083-KG/KBM

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court upon the Plaintiffs, Donna Cecil and Roger Cecil, and Defendant, Safeco Insurance Company of America's Stipulated Motion to Dismiss with Prejudice, for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by the Plaintiffs on the grounds that all matters in controversy by the Plaintiffs against Defendant have been fully resolved; and the Court having read the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Defendant Beverly Rafferty was previously dismissed with prejudice [Doc 20], and

    2.    Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein or which could have been stated therein, filed by the Plaintiffs, Donna Cecil and Roger Cecil against Defendant, Safeco Insurance Company of America be and hereby is dismissed, with prejudice, with each party to bear their/its own attorney's fees and costs.

1

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

/s/ Meena H. Allen
Meena H. Allen
*Attorneys for Defendant*

/s/ David M. Houliston, approved 8/29/16
Brent M. Ferrel
David M Houliston
*Attorneys for Plaintiffs*